■ In the Matter of DAVID V. MURASKIN (Admitted as DAVID VAN MURASKIN), a Suspended Attorney. [738 NYS2d 560] —Motion granted to the extent of clarifying this Court's order entered on October 25, 2001 (286 AD2d 186) by directing respondent to provide the receiver with all requested records of respondent's bank accounts, as indicated. Concur—Williams, J. P., Tom, Mazzarelli, Lerner and Saxe, JJ.